## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CATO INSTITUTE,** | ) |
| 1000 Massachusetts Ave. NW | ) |
| Washington, DC 20001 | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **UNITED STATES SPECIAL** | ) |
| **OPERATIONS COMMAND,** | ) |
| 7701 Tampa Point Blvd. | ) |
| MacDill AFB, FL 33621-5323 | ) |
| | ) |
| **UNITED STATES DEPARTMENT OF** | ) |
| **DEFENSE,** | ) |
| 1155 Defense Pentagon | ) |
| Washington, DC 20301 | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

1.  Plaintiff CATO INSTITUTE brings this suit to force Defendants UNITED STATES SPECIAL OPERATIONS COMMAND and UNITED STATES DEPARTMENT OF DEFENSE to conduct a reasonable search, issue a determination, and produce records regarding operational plans and procedures pertaining to the military's role in responding to perceived instances of domestic civil disturbance and civil unrest on American soil.

## PARTIES

2.  Plaintiff CATO INSTITUTE ("CATO") is a public policy research organization— a think tank—dedicated to the principles of individual liberty, limited government, free markets, and peace. Its scholars and analysts conduct independent, nonpartisan research on a wide range of policy issues.  CATO is the FOIA requester in this case.

3.      Defendant UNITED STATES SPECIAL OPERATIONS COMMAND is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

4.      Defendant UNITED STATES DEPARTMENT OF DEFENSE is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.  DOD is the parent agency of USSOCOM.

## JURISDICTION AND VENUE

5.      This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

6.      Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## APRIL 22, 2025 FOIA REQUEST TO USSOCOM

7.      On April 22, 2025, Plaintiff submitted a FOIA request to USSOCOM for records regarding the following:

> 1. Records that cite or mention operational orders (OPORDs), operation plans (OPLANs), standard operating procedures (SOPs), instructions or guidance from HQ SOCOM to SOCOM subordinate elements mentioning or citing:
> a. detention planning and implementation in domestic civil disturbance or civil unrest operations;
> b. law enforcement operations, including security and presence patrols, crowd control, and traffic management support to either deployed DoD elements or civil authorities in domestic civil disturbance or civil unrest operations, including IAA (Incident Awareness and Assessment) and UPAD (Unclassified Processing Analysis and Dissemination);
> c. rules for use of force (RUF) in domestic civil disturbance or civil unrest operations;
> d. rules for use of force (RUF) in immigration enforcement or support to civil authorities in immigration enforcement operations;
>
> 2. Records that cite or mention President Trump's April 11, 2025 National Security Presidential Memorandum/NSPM-4 Military Mission for Sealing the Southern Border of the United States and Repelling Invasions
>
> The date range of this request is January 20, 2025, to the date you conduct your search for records. Please note that this request

- 2 -

excludes any responsive documents publicly posted on DoD or DoD component websites.

8.      A true and correct copy of the original FOIA request is attached as Exhibit 1.

9.      On May 12, 2025, USSOCOM acknowledged receipt of the FOIA request, assigned reference number FOIA 2025-250 to the matter, denied expedited processing of the request, and stated that the estimated time of completion for the request was "approximately 36-48 months."

10.     A true and correct copy of the correspondence is attached as Exhibit 2.

11.     USSOCOM did not send any further correspondence to Plaintiffs regarding this request.

12.     At no point in time did USSOCOM provide written notice regarding the application of unusual circumstances or offer to confer with Plaintiff pursuant to 5 U.S.C. § 552 (a)(6)(B).

13.     To the extent that USSOCOM locates a voluminous amount of records in the course of processing the request, Plaintiff is willing to confer with the agency about narrowing the scope of the request, but to date, USSOCOM has not indicated that the request involves a large volume of records.

14.     As of the date of this filing, USSOCOM has not issued a determination on Plaintiff's request.

15.     As of the date of this filing, USSOCOM has failed to make any responsive records promptly available to Plaintiff.

16.     Upon information and belief, USSOCOM provided an estimated date of completion of 36-48 months because it has a backlog of requests.

17.     Upon information and belief, USSOCOM has not begun collecting, reviewing, or processing responsive records as of the date this complaint was filed.

## COUNT I – USSOCOM'S FOIA VIOLATION

18.     The above paragraphs are incorporated by reference.

19.     Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

20.     Defendant USSOCOM is a federal agency subject to FOIA.

21.     Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

22.     Defendant USSOCOM has failed to conduct a reasonable search for records responsive to the request.

23.     Defendant USSOCOM has failed to issue a determination within the statutory deadline.

24.     Defendant USSOCOM has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

i.      declare that Defendants have violated FOIA;

ii.     order Defendants to conduct a reasonable search for records and to produce the requested records promptly;

iii.    enjoin Defendants from withholding non-exempt public records under FOIA;

iv.     award Plaintiff attorneys' fees and costs; and

v.      award such other relief the Court considers appropriate.

Dated: May 30, 2025

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
CATO INSTITUTE

- 4 -

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com