# Exhibit 1

April 22, 2025

VIA ELECTRONIC MAIL: FOIA@socom.mil

HQ USSOCOM
FOIA Requester Service Center
ATTN: SOCS-SJS-F
7701 Tampa Point Blvd.
MacDill AFB, FL 33621-5323

To the responsible FOIA Officer:

Pursuant to the federal Freedom of Information Act, 5 U.S.C. § 552, I request records (as defined in 44 U.S.C. § 3301) regarding the following:

1. Records that cite or mention operational orders (OPORDs), operation plans (OPLANs), standard operating procedures (SOPs), instructions or guidance from HQ SOCOM to SOCOM subordinate elements mentioning or citing:
    a. detention planning and implementation in domestic civil disturbance or civil unrest operations;
    b. law enforcement operations, including security and presence patrols, crowd control, and traffic management support to either deployed DoD elements or civil authorities in domestic civil disturbance or civil unrest operations, including IAA (Incident Awareness and Assessment) and UPAD (Unclassified Processing Analysis and Dissemination);
    c. rules for use of force (RUF) in domestic civil disturbance or civil unrest operations;
    d. rules for use of force (RUF) in immigration enforcement or support to civil authorities in immigration enforcement operations;

2. Records that cite or mention President Trump's April 11, 2025 [National Security Presidential Memorandum/NSPM-4 Military Mission for Sealing the Southern Border of the United States and Repelling Invasions](#)

The date range of this request is January 20, 2025, to the date you conduct your search for records. Please note that this request **excludes** any responsive documents publicly posted on DoD or DoD component websites.

In order to help to determine my status to assess fees, you should know that I am a Senior Fellow and scholar at the Cato Institute, an IRS-recognized 501(c)(3) nonprofit educational and public interest organization. As I am employed by an educational or noncommercial scientific institution, this request is made for a scholarly or scientific purpose and not for a commercial use. I request a waiver of all fees for this request.

Disclosure of the requested information to me is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in my commercial interest.

Whenever possible, please provide the requested information in electronic Portable Document Format (PDF).

If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act. I will also expect you to release all segregable portions of otherwise exempt material. I, of course, reserve the right to appeal your decision to withhold any information or to deny a waiver of fees.

I would appreciate your communicating with me by email or telephone, rather than by mail. My email address is peddington@cato.org and my cell number is                .

Please provide expedited processing of this request which concerns a matter of urgency. As a Senior Fellow, my job is disseminating information. The public has an urgent need for information about potential DoD or DoD component planning or operations involving the domestic use of active duty or federalized National Guard personnel for immigration enforcement or civil disturbance/civil unrest operations as such actions represent a clear and present danger to the constitutional rights of Americans. The presidential directive cited above has been and remains a very high-profile topic of intense public and Congressional interest.

Accordingly, on Cato's behalf I ask for expedited processing on that basis. I certify that my statements regarding the need for fee waivers and expedited processing are true and correct to the best of my knowledge and belief. I look forward to your determination regarding my request for expedited processing within 10 calendar days, as the statute requires. Thank you for your assistance.

Sincerely,

Patrick G. Eddington
Senior Fellow
Cato Institute
1000 Massachusetts Ave., NW
Washington, DC 20001

**Exhibit 2**

----- Forwarded Message -----
From "USSOCOM FOIA" <FOIA@socom.mil>
To "Patrick Eddington" <PEddington@cato.org>
Date 5/12/2025 1:45:44 PM
Subject (U) USSOCOM FOIA 2025-250 - Acknowledgement

*CAUTION: External Email*

**Classification: UNCLASSIFIED**

Message Body Classification: UNCLASSIFIED

Dear Mr. Eddington,

We have received your Freedom of Information Act (FOIA) request (copy attached) submitted to U.S. Special Operations Command (USSOCOM), which is copied below. It has been assigned USSOCOM FOIA 2025-250. Please refer to this number should you have any questions concerning your request.

Your request is being processed in accordance with procedural requirements promulgated in Department of Defense (DoD) Manual 5400.07, which is available on the internet at: https://open.defense.gov/Portals/23/Documents/FOIA/FOIA_Resources/DoDM%205400.07.pdf?ver=2017-03-15-135646-847. The actual processing time will depend upon its complexity, whether it involves sensitive records, voluminous records, extensive searches, consultation among DoD components or other agencies, and our administrative workload.

In requesting expedited processing, you are asking for this request to be placed ahead of all requests currently in our queue due to a compelling/urgent need pursuant to DoD Regulation 5400.7, Section C1.5.4.3.  After carefully considering your request for expedited processing, we have determined that it does not meet the criteria under this standard; therefore, your expedited processing request has been denied.  However, we will continue to process this request as expeditiously as possible.


After carefully considering your request for a fee waiver, it has been determined that you have not established your qualifications to meet the criteria for a fee waiver as discussed in DoD Regulation 5400.7, Chapter 6; therefore, your fee waiver request has been denied.  We have placed you in the "Educational" category for fee purposes, which means you are obligated to pay for any duplication costs after the first 100 pages; however, depending on the size of the documents, we may provide the final release on CD or electronically and no charges would be applicable.


The USSOCOM FOIA Office has a substantial number of pending FOIA cases; therefore, we process requests in a multi-track processing system based on the date of receipt and the amount of work and time involved in processing each request.  We estimate the time for completion to be approximately 36-48 months; it could be more or less.  If you wish to discuss this or have any other questions or concerns, please contact this office at FOIA@socom.mil.


    If further assistance is needed or to discuss any aspect of your request, email the USSOCOM FOIA Office at foia@socom.mil.  Should you wish to inquire about mediation services, you may communicate with the OSD/JS FOIA Public Liaison, Ms. Toni Fuentes, by email: osd.foialiaison@mail.mil, or phone: (571) 372-0462.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration by mail: 8601 Adelphi Road-OGIS, College Park, MD  20740-6001, email: ogis@nara.gov, telephone: (202) 741-5770, toll free: (877) 684-6448; or fax: (202) 741-5769.


     If you are not satisfied with this decision, you have the right to appeal to the appellate authority by mailing Ms. Joo Chung, Assistant to the Secretary of Defense for Privacy, Civil Liberties, and Transparency (PCLT), Office of the Secretary of Defense, ATTN: PCLFD, FOIA Appeals, Mailbox #24, 4800 Mark Center Drive, Alexandria, VA  22350-1700. Your appeal must be postmarked within 90 calendar days of the date of this letter.  Alternatively, you may email your appeal to osd.foia-appeal@mail.mil; include the words *FOIA Appeal* in the subject line, and please cite case number USSOCOM FOIA 2025-250 in any correspondence.


Regards,


USSOCOM FOIA Team


---

**From:** Patrick Eddington <PEddington@cato.org>
**Sent:** Tuesday, April 22, 2025 1:06 PM
**To:** USSOCOM FOIA <FOIA@socom.mil>
**Subject:** [Non-DoD Source] Cato Institute SOCOM FOIA request re: immigration enforcement and civil disturbance/civil unrest support ops
**Importance:** High

To the SOCOM FOIA office:

Please find attached a request regarding the above captioned matter.

Sincerely,

Patrick G. Eddington

Senior Fellow

Cato Institute

Author, *The Triumph of Fear: Domestic Surveillance and Political Repression from McKinley through Eisenhower*

Bio page: https://www.cato.org/people/patrick-g-eddington

peddington@cato.org

Attachment Classification: UNCLASSIFIED

Message Body Classification: UNCLASSIFIED

**Classification: UNCLASSIFIED**

**2 attachments**

**ATT39240.bin**
0K

**SOCOM FOIA re immigration ops-civil disturbance plans or support v2 042225.docx**
31K