AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Cato Institute ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-01719 |
| United States Special Operations Command, et. al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Cato Institute                           .

Date:   05/30/2025                                            /s/ Matthew V. Topic
*Attorney's signature*

Matthew V. Topic, Bar No. IL0037
*Printed name and bar number*

Loevy & Loevy
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607

*Address*

matt@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*